IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SONGELA WILLIAMS,** *Individually*  **PLAINTIFF**
*and as the Special Administrator of*
*the Estate of Johnnie Mae Williams other*
*Johnnie Mae Williams*

v.             CASE NO. 3:23-CV-00158-BSM

**GERALD STIPANUK,** MD              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE